IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 3:14CR00016 |
| v. ) | |
| ) | **ORDER** |
| DANIEL LAMONT MATHIS, et al., ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendants. ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The motions for judgment of acquittal filed by Halisi Uhuru and Anthony Stokes are **DENIED**;

2. Halisi Uhuru's objections to the Probation Office's calculation of the applicable Guidelines range are **SUSTAINED IN PART AND OVERRULED IN PART**; and

3. Anthony Stokes' objections to the Probation Office's calculation of the applicable Guidelines range are **SUSTAINED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 9th day of December, 2016.

_____
Chief United States District Judge